IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | 8:06CR201 |
| Plaintiff,     ) | |
| ) | |
| vs.     ) | ORDER |
| ) | |
| M.A. YAH,     ) | |
| ) | |
| Defendant.     ) | |

  Defendant's Motion to Dismiss (Filing No. 13) is scheduled for hearing before the undersigned magistrate judge at **10:00 a.m. on July 19, 2006**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

  Counsel are reminded of the requirements of NECrimR 12.5 which provides as follows:

> **Disclosure of Evidence.**  This rule applies to all evidentiary hearings on pretrial motions in criminal cases.
>
>   (a) **Witnesses.**  At the time of the hearing, and to the extent reasonably possible, the parties shall submit to the judge and courtroom deputy a written list of all witnesses whom the parties expect to call.
>
>   (b) **Exhibits.**  At least twenty-four (24) hours before the hearing, each party shall mark the exhibits that party intends to introduce into evidence at the hearing, and provide a copy to counsel for all other parties and to the presiding judge.

Exhibits should be marked as follows: government's exhibits beginning at Number 1 and defense exhibits beginning at Number 101.

  This being a criminal case, defendant must be present unless otherwise ordered by the court.

  DATED this 11th day of July, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge